# United States District Court
# Southern District Of Florida

15-cv-62706-Dimitrouleas/Snow

George Burkley Jr.
Plaintiff

cat / div _1983\550\ Dade_
Case # _____
Judge _____ Mag _DAW_
Motn Ifp _NO_ Fee pd $ _____
Receipt # _____

FILED by ___ D.C.

DEC 28 2015

STEVEN M. LARIMORE
CLERK U S DIST CT
S D of FLA — MIAMI

vs.

Broward Sheriff
Office, Simmonetta G.
Durocco #12117, Robert
Rutkowski #9723, Joe
Pellego et. al.,
Defendants

## I. Jurisdiction & Venue

1.) This Civil Action is authorized
by 42 U.S.C. Section 1983 to redress
the deprevation, under Color of state
law of rights secured by the
Constitution of the United States. The
Court has jurisdiction under 28 U.S.C.
Section 1331 and 1343 (a)(3). Plaintiff
seeks declaratory and injunctive relief
pursuant to 28 U.S.C. Section 2201 and
2202 for violations of the Fourth
Amendment, False Arrest, False Imprisonment,
Failure to Interview, Illegal Search
and Seizure, Malicious Prosecution, Cruel
and Unusual Punishment, Denial Of Due
Process.

2.) The Southern District Of Florida is
an appropriate venue under 28 U.S.C.
Section 1391 (b)(2) because it is where the
events giving rise to this claim occurred.

## II. Plaintiff

3.) Plaintiff George Buckley Jr, was at all times mentioned herein was a Florida state resident at 2178 NW 3rd street Pompano Beach fl and was during all events cited herin his Complaint.

## III. Defendants

4.) Defendant Broward Sheriff Office is legally responsible for the overall operation of the department and each deputy under its jurisdiction.

5.) Defendant Simmonetta J. Dirocco badge# 1217, is a deputy sheriff employed with Broward Sheriff Office 100 SW 3rd street Pompano Beach fl, 33060

6.) Defendant Robert Rutkowski badge# 9723 is a detective employed with the Broward Sheriff Office. 100 SW 3rd street Pompano Beach fl, 33060

7.) Defendant Joe Prollezo is an Operations Leader employed with Florida Power and Lights. 330 SW 12th ave Pompano Beach fl, 33869

8.) Each defendant is sued undividually and in their Official Capacity. At all times mentioned in this complaint each defendant acted under color of state law.

# III. Facts

## Illegal Search and Seizure, False Arrest, False Imprisonment

9.) On May 18, 2014 I was stopped by defendant Durocco without any evidence nor probable cause. Def. Durocco approached plaintiff car with her gun drawn stating put your hands up and out the window, plaintiff complied. When the def reached plaintiff she asked for plaintiff's driver's license. I gave def. Durocco my license she looked at the license and said you're not from here.

10.) Durocco then gave it back and asked what was I doing in the area. I told her I live at 2178 NW 3rd street apt 3. Durocco then began to question plaintiff about a buglary. see exhibit (B) singed original copy of Durocco's arrest affidavit. I repeatedly refused knowldge of any criminal activity. that's when durocco made me get out of my car placed me in handcuffs and asked can I search your car I stated "no I did nothing wrong".

11.) Then I was forced into the police car for 2 hours. Defendant Robert Rutkowski after making it to the scene of the crime and tried to talk to

plaintiff and I refused to speak with him or any other about a crime I had no knowldge of. Rutkowski then told me in front of dirocco that they were going to get me one way or the other. I asked what that meant, and was told to shut because all of my people are the same. Then I was transported to the Broward County Main Jail. see exhibit (B) and (C).

12.) Once defendent dirocco transported plaintiff to the jail I was booked under the name of Kontravious White when my actual name is George Burkley Jr. see exhibit (A) and never charged with false identity nor driving without a valid license. Instead I was charged with burglary dwell structure statue 810 02-2C2 which is a felony in the first degree and Grand theft >300<5000 statue 812 014-2C1 which were changed into a lesser offense and later offense and later nolle prosequited on 3/2/15 see exhibit (I) signed document of the 18th Judicial Circuit of Florida Case number 1400 6947CF10A.

■■■ footnote #1 All documents that are submitted in this civil action were submitted to plaintiff during the discovery period during my 12 month incarceration in Broward Sheriff Office Custody. By Michael J. Satz attorney through Nicole Martell Baszilkor

box number 100172. And are legal documents
recorded under oath 17th Judicial Circuit
Court For Broward County. The are
the charges were nolle prosequi.

## Malicious Prosecution, Failure To Interview, Cruel and Unusual Punishment.

13.) Plaintiff alleges that defendants
Durocco, Rutkowski and Broward Sheriff
Office are all responsible as to the above
three claims aswell as the first
three. Plaintiff will state that
Broward Sheriff Office has been
sued on more than one occasion and
has been on notice of it's officers conduct
and have failed to curb the issue.(BSO)
has been sued for false arrest, malicious
prosecution, and are known for it's
officers writing false reports. In 2014
twentyfour criminal cases were
dismissed due to false reports and lack
of probable cause.

14.) This civil action discovery material
which contain signed documents of the
Court, and Broward Sheriff Office,
deputies and Joe Prellezo. And Case no:
15-CIV-60960 Bloom/valle. This case
shows this is not the first time
Broward Sheriff Office has done
violations of it's citizens Constitutional

rights. Defendants) Durocco, Rutkowski and Broward Sheriff Office falsified the probable cause affidavit and reports which led to the case being nolle prosequi. see exhibits (A)-(H) and caused plaintiff to go to prison see exhibits (I)-(k)

15.) As stated above all of the defendants are held liable for plaintiff Claims because. The Broward Sheriff Office knew that it's officers the named defendants falsefied it's report and affidavit as to the description of the suspect. see exhibits (B),(C) (D),(E),(F),(G) and(H) and (Q). All three defendants knew that cl did not fit the description of the suspect they were looking for. see exhibit (B) where defendant durocco stated that she was looking for a Black male without a shirt gun shorts and black sneakers. Detective Rulkowski also stated cl fit the description of the suspect. see exhibit (Q)

16.) Plaintiff shows that the defendants never in fact had a description at all. see exhibits(L) it shows that the officers had no description at the time of the my arrest it states unknown race and unknown what he is wearing.

Footnote #2 At the time the plaintiff was arrested the person that actually committed

the crime was still on the property. see exhibit (L) time 2:32:02 and 2:35:45

17.) All named defendants were the reason for plaintiffs emprisonment and were the legal cause for my year long incarceration and prosecution. Where plaintiff was jumped on several times by Broward Sheriff deputies and placed in administrative segregation which is 23 hour lockdown for the entire time period of my incarceration which is cruel and unusual punishment. The defendants provided the state attorney with documents they knew were false

18.) See exhibits (D)(F)(G),(H) and (E). Exhibit (D),(F), and (G) shows that the officers had written reports of property obtained from the illegal search of plaintiff and his car and Broward Sheriff Office knew it did not possess the items, and failed to correct the issue at court in fact the deputy representing (BSO) stated on record that the items were in (BSO) possession. If exhibit (E) is looked at it shows that there was never any tools found on plaintiff or in plaintiffs car and exhibit (H) page 3 states The property never left the yard nor was there any theft.

19.) The Broward Sheriff Office was the legal cause of plaintiffs incarceration and prosecution because they were in possesion of the knowledge that plaintiff never committed the crime accused nor did I fit the description in the affidavit. see exhibit (A) which states there was no description of the suspect at the time of plaintiff arrest. And that plaintiff was not Kontravious White. see exhibit (A) which states that I am Georg Buckley Jr and failed to initiate or advise the representive or the courts of plaintiffs true identity

20.) Defendant Joe Bullego is a government official employed with (FPL) he is the head operations leader of the place which was Burgarized. He is cause for this claim and action aswell. He showed up to plaintiffs probation hearing along with the other 3 defendants and stated that plaintiff was the person on his property. When in fact he was not even theirs, he was in Miami at the time. And he contradicted himself from his recorded statement by stating at the hearing that I actually stole his property.

21.) Plaintiff also alleges the claim of failure to intervene against all defendants. At all times relevant to

plaintiffs incarceration the defendants could have stopped the prosecution of the plaintiff by admitting that the reports and evidence was falsified. I would not have spent time in jail nor would I have went to prison. Broward Sheriff Office knew that it did not possess any tools from plaintiff nor his vehicle. see exhibit (E) which states weapons/tools not applicable.

22.) The defendants Pirozzi, Joe Poelkep and Kutkowski could have prevented plaintiff from being prosecuted at any moment in time during my incarceration and they knew the documents and reports of evidence and probable cause was false nor did the plaintiff fit the description.

23.) Plaintiff alleges the claim of cruel and unusual punishment to all of the defendants. It is unconstitutional to take a persons liberty away without probable cause. During plaintiff incarceration in the custody of (BSO). I suffered physical and emotional damage. I was severely beaten several times by the deputies employed at the Broward County Main Jail and placed in administrative segregation for the entire period emphasis added segregation is 23 hour lockdown with next to no human

contact.

24.) I could not have contact with any other inmate and I was placed in disciplinary confinement on several occasions where all my privileges were taken away. I could not recieve visitation for months and my mail and other property was taken away. Plaintiff states that he was made to completely undress infront of men and strip searched.

### IV. Legal Claims

25.) Plaintiff reallege and incorporate by reference paragraphs 1-24

26.) The beating, false arrest, false imprisonment, malicious prosecution, failure to intervene, illegal search and siezure, cruel and unusual punishment, denial of due process and descrimination. Violated plaintiff George Birkley Jr rights and constituted violations off the Fourth and Fourthteenth Amendments to the United States Constitution.

27.) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will be irreparably injured by the conduct

of the defendants unless this Court
grants the declaratory and injunctive
relief which plaintiff seeks.

## V. Prayer For Relief

27.) Wherefore, plaintiff respectfully
prays that his Court enter judgment
granting plaintiff:

28.) A declaration that the acts and
omissions described herein violated plaintiff
rights under the Constitution and laws
of the United States.

29.) A preliminary and permanent
injunction ordering defendants Broward
Sheriff Office and its employees to
stop violating its citizens rights by
arresting them without any probable cause
and train its staff properly. Additionally
plaintiff request that the officers that
causes plaintiffs incarceration be arrested and
tried in Criminal Court along with Joe
Prultzes, for kidnaping and malicious
prosecution and oficial misconduct.

30.) Compensatory damages in the amount
of $1,500,000.00 against each defendant
jointly and severally.

31.) Punitive damages in the amount
of $100,000.00 against defendant Simmonetta

I. Durocco individually.

32. Punitive damages in the amount of $100,000⁰⁰ against Robert Rutkowski individually

33.) Punitive damages in the amount of $100,000⁰⁰ against Joe Gallego individually.

34.) Punitive damages in the amount of $300,000⁰⁰ against Broward Sheriff Office

35.) A jury trial on all issues triable by jury

36.) Plaintiff cost in the suit

37.) Any additional relief this Court deems just proper, and equitable.

Date: December 16, 2015
                    Respectfully

                    Verification

    I have read the foregoing complaint hearby verify that the matters alleged therein are true. I certify under penalty of perjury that the foregoing is true and correct.
                    Executed at Greenville
Mississippi Mississippi.



# Broward County Sheriff's Off



# Booking Report

*14*

FP
14.6947



| CIS # | 231401123 | BCCN # | 779874 | | Booking Sheet Control Date and Time |
|---|---|---|---|---|---|
| OBTS | 609187287 | Print Clearance | 5/19/2014 07 47 27 Prints Yes | | **05/19/14 09:15:08** |
| Arrest # | PB 1401123 | Offense Report # 111405004780 | | Agency PB | |

| Last Name | | | | SSN # ▓▓▓▓▓ |
|---|---|---|---|---|
| First | **WHITE , KONTRAVIOUS ,** | | | |
| Middle | | | | |

| Race | Sex | Height | Weight | Eyes | Hair | Comp | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLACK | M | 600 | 165 | BRO | BLK | MBR | 22 | 02/18/1992 | MILLWAUKE | WI | 7453723 |

| Permanent Address | 2178 NW 3RD STREET APT 3 | | POMPANO BEACH | FL 33069 | Months of Residence 8 |
|---|---|---|---|---|---|

| Arrest Date 5/19/2014 04.20 00 | Arresting Officer DIROCCO | Place of Arrest 330 SW 12 AVE | Badge Number 12117 |
|---|---|---|---|

| Inmate Logged Date 5/19/2014 06.00 47 Inmate Log Type | Place Admitted POMP |
|---|---|

Intake Comments*****29/54/sp/co/5683 wc/ 11807 ******

| Alias Last name, First, Middle | BERKLEY , GEORGE , |
|---|---|
| Alias Last name, First, Middle | BIRKLEY , GEORGE , |
| Alias Last name, First, Middle | BIRKLEY , GEORGE , JR |
| Alias Last name, First, Middle | BIRLKEY , GEORGE , |

| Scars,Marks,Tattoos | | |
|---|---|---|
| Tattoos | Arm, left | SHARIKA |
| Tattoos | Arm, right | LASHAWN |
| Tattoos | Shoulder, right | CROSS |
| Tattoos | Wrist, right | GEORGE |
| Tattoos | Hand, right | SHERIKA |

| Release Date/Time | Release Reason | Release Authorized By | | | | | |
|---|---|---|---|---|---|---|---|
| **Charge No.** | **Charge Initiation Date** | **Statute** | **Warrant/Capias** | **Level M.C** | | **B.Type** | **Bond Amount** |
| 1 | 05/19/2014 9 08 | 810 02-2c2 | | 1F | Y | NO BOND | 0 |
| Charges BURGLARYDWEL/STRUCT CAUSE DAMAGE OVER 100 Comments | | | | | | | |
| Booking Off. ID bs09908 | County | | | Judge | | | |
| **Charge No.** | **Charge Initiation Date** | **Statute** | **Warrant/Capias** | **Level M.C** | | **B.Type** | **Bond Amount** |
| 2 | 05/19/2014 9 09 | 812 014-2c1 | | 3F | Y | BOND | 1000 |
| Charges GRAND THEFT>$300<$5000 | | Comments | | | | | |
| Booking Off. ID bs09908 | County | | | Judge | | | |

* End of Report *

Exhibit (A)

**COMPLAINT AFFIDAVIT**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FOR

BROWARD COUNTY
ARREST #

OBTS #

| Filing Agency **BROWARD COUNTY SO** | Offense Report # **11-1405-004786** | Local ID # | FDLE | FBI | SID # |
|---|---|---|---|---|---|

| Defendant's Last Name **WHITE** | First **KONTRAVIOUS** | Middle | SUF | Alias/Street Name | Citizenship **US** |
|---|---|---|---|---|---|

| Race **B** | Sex **M** | Hgt **6'00** | Wgt **150** | Hair **BLACK** | Eyes **BROW** | Comp **DARK** | Age **22** | DOB **02/18/1992** | Birth Place | |
|---|---|---|---|---|---|---|---|---|---|---|

Permanent Address **2178 NW 3RD ST, POMPANO BEACH, FL 33069**

Scars, Marks, TT **TAT L FOREARM**

| Residence Type: (1) City (2) County (3) Florida (4) Out of State | Local Address: **2178 NW 3RD ST, POMPANO BEACH, FL 33069** | Place of Employment | Length |
|---|---|---|---|

| How long defendant in Broward County: | Breathalyzer By/CCN | Reading | Shift | Date/Time Arrested **05/19/2014 04:20** | Arresting Officer(s) CCN **DIROCCO, SIMONETTA G.** |
|---|---|---|---|---|---|

Place of Arrest **330 SW 12TH AVE**

| Officer Injured: Y ☐ N ☒ | Unit | Zone | Beat | Shift | Trans. Unit | PMD: Y ☐ N ☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/BSO |
|---|---|---|---|---|---|---|---|---|---|

**TYPE / ACTIVITY:**  _1_

| Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium/Deriv. | P-Paraphernalia/Equipment S-Synthetic U-Unknown Z-Other | Activity: N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/Produce/Cultivate K-Dispense/Distribute Z-Other | Indication of: Y N UK Alcohol Influence ☐ ☐ ☐ Drug Influence ☐ ☐ ☐ |
|---|---|---|---|---|---|---|

Attach Defendant's Photo

| Defendant's Vehicle Make: | Type: | Year: | Color: | VIN #: |
|---|---|---|---|---|

Vehicle Towed To: _____  Tag #: _____  Other Identifiers or dynamics: _____

| Name of victim(s) (if corporation, exact legal name and state of incorporation) **FPL** | **330 NE 12TH AV, POMPANO BEACH, FL 33060** | **(954) 797-5000** |
|---|---|---|

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | BURGL-DWELLING OR STRUCT CAUSE DAMAGE OVER 1000 DOLS | | 810.02-2C2 |
| 1 | LARC-GRAND THEFT 300 LESS THAN 5K DOLS | | 812.014-2C1 |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared **DIROCCO, SIMONETTA G. (12117)** who being first duly sworn deposes and says that on **19** day of **May** , (year) **2014** at **330 NE 12TH AV, POMPANO BEACH, FL** (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same as follows:

On the above time and date I responded to the above location in reference to an alarm. I made contact with the Def. who was attempting to drive out of the area without headlights. The Def. stated that he was in the area delivering boxes to a nearby business however changed his story. The surveillance video shows a b/m without a shirt , jean shorts and black sneakers. The Def matched the description and was placed into custody. The cooper spool that was stolen was located in the vicinity of were the * * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief.

| Officer/Affiant's Signature | **DIROCCO, SIMONETTA G. (12117)** Officer's Name/CCN | **Pompano Beach** Officer's Division |
|---|---|---|

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this **19** day of **May** , **2014** (year), by **DIROCCO, SIMONETTA G.** (name and title), who is personally known to me or has produced _____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney    Title/Rank and CCN **D/s 7678**

**F Lee**
Print, Type or Stamp Commissioned Name of Notary Public    (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

BSO DB-#2 (Revised 05/00)

**(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))**

| Orig | - | Court |
|---|---|---|
| 2nd | - | State Attorney |
| 3rd | - | Filing Agency |
| 4th | - | Arresting Agency |

**COURT COPY**

Exhibit (B)

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

BROWARD COUNTY
ARREST #

OBTS #

| Filing Agency | Offense Report | Local ID # | FDLE | FBI | SS # |
|---|---|---|---|---|---|
| *BROWARD COUNTY SO* | *11-1405-004784* | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| *WHITE* | *KONTRAVIOUS* | | | | *US* |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | *** *SEE PAGE 1* *** | | |
| | | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared  *DIROCCO, SIMONETTA G.   (12117)*  who being first duly sworn deposes and says that on  *19*  day of  *May* , (year)  *2014*  at  *330 NE 12TH AV, POMPANO BEACH, FL*  (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

Def. was driving .The Def was uncooperative and refused to speak to Detective Rutowski #9723. The Def. was placed into custody and charged accordingly.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____                *DIROCCO, SIMONETTA G.   (12117)*                *Pompano Beach*
Officer's/Affiant's Signature                Officer's Name/CCN                Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this _____ *19* ___ day of _____ *May* _____ , ____ *2014* ___ (year),
by _____ *DIROCCO, SIMONETTA G.* _____ (name and title), who is personally known to me or has produced
_____ as identification.

_____                          _____
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney                Title/Rank and CCN

_____
Print, Type or Stamp Commissioned Name of Notary Public                          (SEAL)

Seventeenth Judicial Circuit
Broward County                FIRST APPEARANCE/ARREST FORM                Orig - Court
State of Florida                                                                2nd - State Attorney
                                                                                3rd - Filing Agency
BSO DB-#2a (Revised 05/00)                **COURT COPY**                        4th - Arresting Agency

## REPORTING OFFICER NARRATIVE

| Broward County Sheriff's Office | | OCA |
|---|---|---|
| | | 11-1405-004784 |
| Victim | Offense | Date / Time Reported |
| FPL | BURGLARY BUSINESS | Mon 05/19/2014 02:30 |

I responded to the above location in reference to an alarm of a burglary in progress. While enroute dispatch advised, the caller stated that a male is observed inside the FPL yard removing wire. A perimeter was set and upon arrival I made contact with a black male that was leaving the scene in a vehicle without headlights.

Upon pulling the vehicle over the male identified as Kontravious White stated that he was in the area delivering boxes to a business located at 590 SW 9th Terr. The subject stated that he has a key to the business named Southland Wallcoverings and we can check his key that opens the door. The subject appeared to be very nurveous.

While on scene with the subject, the dispatcher for FPL security advised our dispatch that the subject in the yard was a black male, wearing dark shorts, dark sneakers and no shirt. The subject that I stopped matched the description and was placed into custody. The Def. was asked several times why he was in the area and gave conflicting stories. The key that the Def. insisted opened the business door was not a key to that business. The Def. then changed his story numerous times and also stated that he was in the area sleeping since he got in a fight with his girlfriend.

While K-9 was searching the area approximately 8 spools of copper wire were located a short distance to were the Def. was stopped. FPl employee James Mudd responded on scene and positively identified the items as belonging to the business. The copper that was stolen and recovered is valued at approximately 1,800 dollars.

Detective Rutkowski #9723 responded on scene to interview the Def. who was uncooperative and refused to speak to him. The vehicle that the Def. was driving is a 1988 Toyota bearing a Fl tag of 969TFA was towed. An inventory was conducted on the vehicle prior to it being towed and a pair of bolt cutters along with pliers were located in the trunk.

The Def. was transported to the district lobby and while I was in the process of preparing the paper work the Def. stated that he would come clean. The Def. spontaneously uttered that he did break into the business because he does not have a job and needed the extra cash, he stated that a friend told him were to go and he could sell the copper wire for fast cash. He stated that when I stopped him he was in the process of backing his vehicle up to pick up the spools of wire he left behind. He stated that there is no way anyone could have seen him cut the fence because he was hiding behind an object while doing so. The Def. stated that he would have gotten approximately 300 dollars for the cooper he stole. He stated that he lives with his girlfriend and was trying to help her out with the bills.

The vehicle was towed by Emeralds, the copper spools that were stolen and recovered were returned to FPL. The bolt cutters and plyers were placed into evidence. Pictures of the items stolen and recovered were placed into evidence. The Def. was charged accordingly without incident. No further information available at this time.

The foregoing police report, consisting of ___5___ pages, each page having been initialed by me, are hereby sworn to:

Dep. DIROCCO          5/19/14
Affiant                        Date

FLORIDA     BROWARD   The foregoing
STATE OF     COUNTY OF
instrument was acknowledged before me this __19__ day of __May__
20_14_ by _____ who is personally known to me or
who has produced ___BSO ID___ as identification
Type of identification

and who _____ take an oath.

Driver Lic No: _____     ( Signature of Notary
                                        Stamp)
DS 11402

NOTARY PUBLIC OR PUBLIC OFFICER AND TITLE OR RANK / SEAL

| Reporting Officer: DIROCCO, S. G. | Page 3 |
|---|---|
| Printed By: BS12117, pbarea1_pa 05/21/2014 01:17 | |

Exhibit (C)

## Incident Report Related Property List

*Broward County Sheriff's Office*

OCA: *11-1405-004784*

### 1

| Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| *INDUSTRIAL/MANUFACTURING* | | | | | | | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|
| | | | *$1,800.00* | *8.000* | | *Locally* | | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| *Stolen* | *05/19/2014* | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| *Fpl,* | | | | | | | |

Notes

    *8 spools of copper*

### 2

| Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| *INDUSTRIAL/MANUFACTURING* | | | | | | | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|
| | | | *$1,800.00* | *8.000* | | *Locally* | | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| *Recovered* | *05/19/2014* | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| *Fpl,* | | | | | | | |

Notes

    *8 spools of copper*

### 3

| Property Description | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|
| *INDUSTRIAL/MANUFACTURING* | | | | | | | | |

| Color | Serial No. | | Value | Qty | Unit | Jurisdiction | | |
|---|---|---|---|---|---|---|---|---|
| | | | *$1,000.00* | *1.000* | | *Locally* | | |

| Status | Date | NIC # | | State # | | Local # | | OAN |
|---|---|---|---|---|---|---|---|---|
| *Damaged* | *05/19/2014* | | | | | | | |

| Name (Last, First, Middle) | | | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| *Fpl,* | | | | | | | |

Notes

    *fence that was cut*

Exhibit (D)

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | | | Case# | 11-1405-004784 |
|---|---|---|---|---|---|
| *Broward County Sheriff's Office* | | | | Date / Time Reported | *05/19/2014  02:30 Mon* |
| ORI | *0060700* | | | Last Known Secure | *05/19/2014  02:30 Mon* |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract | At Found |
|---|---|---|---|
| *330 Sw 12th Av, Pompano Beach FL 33069-* | *Industrial / Manufacturing* | 1109 | *05/19/2014  02:30 Mon* |

| | Crime Incident(s) | (Com) | Weapon / Tools  *NOT APPLICABLE* | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Burglary Business | | | | | |
| | **BRGB** | | Entry | Exit | Security | |
| #2 | Crime Incident | (Com) | Weapon / Tools | | | Activity |
| | Theft - All Other | | | | | |
| | **THFO** | | Entry | Exit | Security | |
| #3 | Crime Incident | (  ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO** | *ACCOMPLICES/NONE*

**VICTIM**

| # of Victims  *1* | Type:  BUSINESS | Injury: | | | | | Domestic: N | |
|---|---|---|---|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *FPL* | *1,2* | Age | | | N/A | | |

| Home Address | Home Phone |
|---|---|
| *330 SW 12TH AV , Pompano Beach, FL 33060-* | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

| CODES:  V- Victim (Denote V2, V3)     O = Owner (if other than victim)     R = Reporting Person (if other than victim) |
|---|

| Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *74* | *S* | *$1,800.00* | | *8* | *INDUSTRIAL MANUFACTURING* | | |
| *1* | *74* | *R* | *$1,800.00* | | *8* | *INDUSTRIAL MANUFACTURING* | | |
| *1* | *74* | *D* | *$1,000.00* | | *1* | *INDUSTRIAL MANUFACTURING* | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | *DIROCCO, S. G. (3455) (12117)* | Outstanding Stolen Val [Total Stolen] $0.00  [$1,800.00], Tot Rec Val. $1,800.00 |
|---|---|---|
| Invest ID# | *DIROCCO, S. G. (3455) (12117)* | Supervisor  *ARAGON, G. (3455, PATR) (13516)* |

| Status | Complainant Signature | Case Status *Active* | *05/19/2014* | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

| Printed By: BS12117, pbarca1_pa | | Sys#: 202523 | 05/21/2014 01:17:15 |
|---|---|---|---|

*Exhibit (E)*

PROPERTY
RECEIPT

☐ ABANDONED  ☑ EVIDENCE  ☐ SAFEKEEPING  ☐ PRISONER PROPERTY  ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 11-1405-00 4584 | 5-19-14   2 45 | BSO | Burg Bus |

NCIC/FCIC Agency: | Agency Case #

| Suspect: | Address: | Race/Sex: | DOB |
|---|---|---|---|
| Kontravious White | 2173 NW 3rd St PBFl | B/M | 2-18-92 |

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Owner/Claimant: | Address: | Race/Sex: | DOB: |
|---|---|---|---|

| Victim's name (if applicable): FPL | Address: 330 SW 12 Ave | Telephone # |
|---|---|---|

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| SD1 | 1 | Bolt Cutters |
| SD2 | 1 | Pliers |
| | | Last Item |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession and that if my property is taken and listed as Prisoner Property or Safekeeping I must contact the Broward Sheriff's Office Evidence Unit within Sixty (60) days of seizure. If I do not make contact within Sixty (60) days all my items will be considered abandoned and disposed of Pursuant to Florida Statute Chapter 705. Evidence Unit can be contacted at (954) 765-4351.

_____
Signature

I hereby acknowledge the above list represents all property impounded by me:

CCN: 1217   District: X1   Division: DLE

(Impounding Officer's)   Signature: SS Di Rocco

Printed Name: SS Di Rocco

| RECEIVED BY: | REASON: | DATE | TIME: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: |
|---|---|
| | Verified By/CCN: _____ |
| | Signature: _____ |

NOTE: For further distribution of this form, refer to Sheriff's Policy Manual. | ACE #

BSO RP#54 (Revised 01/11)


EVIDENCE CONFISCATION
Exhibit (F)

## PROPERTY
## RECEIPT

☐ ABANDONED   ✓ EVIDENCE   ☐ SAFEKEEPING   ☐ PRISONER PROPERTY   ☐ FORFEITURE HOLD

| Case # | Date and Time Received: | Investigating Unit/Agency: | Offense: |
|---|---|---|---|
| 11-1405-004784 | 5-19-04 / 330 | BSO | Burg Bus. |

NCIC/FCIC Agency:          Agency Case #

| Suspect: | Address: | Race/Sex | DOB |
|---|---|---|---|
| Kontravious White | 2178 NW 3rd St P.B Fl 33069 | B/M | 2-4-92 |
| Suspect: | Address: | Race/Sex | DOB |

| Found By: | Address: | Race/Sex | DOB |
|---|---|---|---|

| Owner/Claimant: | Address: | Race/Sex | DOB |
|---|---|---|---|
| FPL (James Mudd | 330 SW 12 Ave P.B Fl | W/M | 1-21-55 |

Victim's name (if applicable)    Address:        Telephone #

| Item Number | Number of Items | DESCRIPTION |
|---|---|---|
| 5b1 | 8 | Spools of Copper |
| | | Last Item |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I hereby acknowledge the above list represents all the property taken from my possession and that if my property is taken and listed as Prisoner Property or Safekeeping I must contact the Broward Sheriff's Office Evidence Unit within Sixty (60) days of seizure. If I do not make contact within Sixty (60) days all my items will be considered abandoned and disposed of Pursuant to Florida Statute Chapter 705. Evidence Unit can be contacted at (954) 765-4351.

I hereby acknowledge the above list represents all property impounded by me:
CCN: 12117   District: X1   Division: SLE

(Impounding Officer's) Signature: _____

Printed Name: Simonette DiRocco

_____ Signature

| RECEIVED BY: x Chris Mudd | REASON: | DATE | TIME: |
|---|---|---|---|
| | Returned to owner | 5-19-14 | 330 |
| | | | |
| | | | |
| | | | |

| Court Case # | CURRENCY: |
|---|---|
| | Verified By/CCN: _____ |
| | Signature: _____ |

NOTE: For further distribution of this form, refer to Sheriff's Policy Manual.     ACE #

BSO RP#54 (Revised 01/11)



EVIDENCE CONFISCATION
Exhibit (G)

STATEMENT OF: JOE PRELLEZO     CASE NUMBER: 11-1405-004784

BACKGROUND TALKING) THIS WILL BE A SWORN TAPE STATEMENT TAKEN BY DETECTIVE RUTKOWSKI OF THE BROWARD SHERIFF OFFICE CCN 9723 THIS STATEMENT WILL BE TAKEN IN REFERENCE TO CASE NUMBER 11-1405-004784 WHICH IS A BURGLARY BUSINESS THAT OCCURRED AT THE F-P-L AHH... PLANT AT 330 SOUTH WEST 12TH AVENUE CITY OF POMPANO BEACH. THIS BURGLARY OCCURRED ON MAY 19TH , 2014 THIS STATEMENT WILL BE GIVEN BY THE OPERATIONS LEADER JOE LAST NAME IS P-R-E-L-L-E-Z-O WHITE MALE DATE OF BIRTH OF 11-29-62 THIS STATEMENT WILL BE TAKEN AT THE FACILITY ON JUNE 10, 2014 AT APPROXIMATELY 10:51AM.

| | |
|---|---|
| Q. | JOE AS YOU KNOW I'M A LAW ENFORCEMENT OFFICER AS A ENFORCEMENT OFFICER I'M EMPOWERED TO TAKE A SWORN TAPE STATEMENTS... WILL YOU PLEASE RAISE YOUR RIGHT HAND... DO YOU SOLEMNLY SWEAR TO TELL THE WHOLE TRUTH NOTHING BUT THE TRUTH SO HELP YOU GOD? |
| A. | YES |
| | |
| Q. | YOU MAY LOWER YOUR HAND THANK YOU...AND DO YOU UNDERSTAND WHAT THE WORD PERJURY IS AND FALSE STATEMENT |
| A. | CORRECT |
| | |
| Q. | THAT IT IS PROSECUTABLE UNDER FLORIDA STATE STATUE AHH... FOR THE RECORD PLEASE STATE YOUR FIRST NAME AND YOUR LAST NAME? |
| A. | FIRST NAME IS JOE LAST NAME IS PRELLEZO |
| | |
| Q. | AND YOU'RE CURRENT TITLE AT F-P AND L |
| A. | I'M THE OPERATION LEADER FOR POMPANO SERVICE CENTER WHICH IS AT 330 SOUTH WEST 12TH AVENUE |
| | |
| Q. | AND HOW LONG HAVE YOU HAVE BEEN EMPLOYED WITH F-P AND L |
| A. | THIRTY THREE YEARS |
| | |
| Q. | WHAT IS YOUR DAY TIME CONTACT PHONE NUMBER? |
| A. | 9 AHH... 3-0-5-5-8-2-8-7-2-1 |
| | |
| Q. | GOING BACK TO MAY 19, 2014 YOU UNDERSTAND THAT WE HAD A BREAK IN AT THIS FACILITY? |
| A. | YES SIR |

Exhibit (H)

STATEMENT OF: JOE PRELLEZO      CASE NUMBER: 11-1405-004784

| | |
|---|---|
| Q. | A PERSON BY THE NAME OF KONTRAVIOUS THAT'S K-O-N-T-R-A-V-I-O-U-S WHITE BLACK MALE WAS TAKEN INTO CUSTODY THAT NIGHT? |
| A. | YES SIR |
| | |
| Q. | FOR BEING INSIDE OF YOUR YARD DO YOU KNOW THIS PERSON? |
| A. | NO SIR |
| | |
| Q. | IS HE AN F-P AND L EMPLOYEE? |
| A. | NO SIR |
| | |
| Q. | DID HE HAVE ANY PERMISSION TO BE IN YOUR FACILITY? |
| A. | NOT AT ALL |
| | |
| Q. | AND AT THAT TIME OF THE NIGHT THE FACILITY IS I GUESS IT IS AHH… TWENTY FOUR SEVEN IS LOCKED DOWN CORRECT? |
| A. | CORRECT |
| | |
| Q. | AND THE ONLY WAY INTO THE FACILITY IS BREECHING THE GATE? |
| A. | CORRECT |
| | |
| Q. | I UNDERSTAND BASED ON MY INVESTIGATION THE GATE WAS CUT IS THAT CORRECT AT THE SOUTH END OF THE FACILITY? |
| A. | THAT IS CORRECT |
| | |
| Q. | ALRIGHT AND MR. WHITE HAD NO PERMISSION TO BE ON YOUR PROPERTY? |
| A. | NOT AT ALL |
| | |
| Q. | THIS NIGHT ONLY ON THE NIGHT THAT HE WAS ARRESTED I UNDERSTAND BASED ON WHAT SECURITY SAW IN THE VIDEO WHICH WE UNDERSTAND IS NOT THAT CLEAR BUT HE WAS REMOVING WIRE FROM TRUCKS IS THAT CORRECT? |
| A. | THAT IS CORRECT IT WAS COPPER AHH… REELS OF COPPER WIRE |
| | |
| Q. | DO YOU REMEMBER WHAT TYPE OF WIRE? |
| A. | IT'S CALLED UMM… NUMBER SIX SOFT DRAWN COPPER WIRE |
| | |

STATEMENT OF: JOE PRELLEZO      CASE NUMBER: 11-1405-004784

| Q. | NUMBER SIX SOFT DRAWN... DO YOU KNOW HOW MANY REELS? |
|----|------|
| A. | ABOUT |
| | |
| Q. | WERE STAGED TO BE REMOVED? |
| A. | AHH... NOT OFF HAD NO |
| | |
| Q. | WHAT'S THE VALUE OF ONE REEL? |
| A. | AHH... |
| | |
| Q. | ESTIMATED |
| A. | ESTIMATED IS AHH... A COUPLE HUNDRED DOLLARS PER REEL |
| | |
| Q. | OK IT'S COPPER? |
| A. | COPPER SOLID COPPER |
| | |
| Q. | AND I UNDERSTAND THAT'S USED FOR THE HIGH POWER LINES... |
| A. | THAT ONE THERE IS USED FOR THE AHH... THE BONDING OF THE POLES |
| | |
| Q. | OK |
| A. | OR FOR THE NEUTRAL |
| | |
| Q. | THAT'S RIGHT |
| A. | YEAH |
| | |
| Q. | THEY SHOWED ME THAT |
| A. | YEAH |
| | |
| Q. | ALRIGHT FOR THIS PARTICULAR CASE WAS THERE ANY THEFT AMOUNT THAT NIGHT WERE YOU MISSING ANY PROPERTY I UNDERSTAND THE PROPERTY WAS RECOVERED IS THAT CORRECT IT NEVER LEFT THE YARD? |
| A. | THAT IS CORRECT |
| | |
| Q. | ON THAT NIGHT |
| A. | ON THAT NIGHT |
| | |

D.G. /12215          Page 3 of 4          June 10, 2014

STATEMENT OF: JOE PRELLEZO     CASE NUMBER: 11-1405-004784

| | |
|---|---|
| Q. | NOW I UNDERSTAND PRIOR TO GOING ON TAPE YOU TOLD ME YOU POSSIBLY IDENTIFIED HIM FROM OTHER BURGLARIES THAT MAY HAVE OCCURRED HERE? |
| A. | THAT IS CORRECT |
| | |
| Q. | ALRIGHT AND WE WILL TALK TO YOU ABOUT THOSE OFF... OFF RECORD UMM... IS THERE ANYTHING ELSE YOU WANNA TELL ME THAT I FAILED TO ASK YOU THAT YOU FEELS IMPORTANT ABOUT THIS PARTICULAR CASE? |
| A. | THE ONLY THIS THAT I CAN TELL YOU IS WE HAVE BEEN HIT MULTIPLE TIMES |
| | |
| Q. | ALRIGHT AN IS MY UNDERSTANDING THAT F-P AND L DOES WANNA PROSECUTE THIS CASE IS THAT CORRECT? |
| A. | THAT IS CORRECT |
| | |
| Q. | ALRIGHT THIS WILL CONCLUDE THIS TAPE STATEMENT THE TIME NOW IS 10:54AM ON JUNE 10, 2014. |

D.G. /12215          Page 4 of 4          June 10, 2014

**CIRCUIT COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA**

Case Number _____ 14006947CF10A _____ Arrest Number __ PB14001123 __ BCCN # ____ 0779874 ____

State of Florida VS _____ Birkley, George _____ AKA _____

Judge ____ Michael A. Usan _____ Cash bond / Return to depositor / Surety bond / IC

Cash bond number(s) _____

Charges __ 080-1 Burglary Structure Unoccup _____
_____ 080-2 Grand Theft in the 3rd Degree _____
_____
_____
_____
_____

( ) REMANDED  ( ) REMAIN IC  ( ) UNTIL PICKED UP BY  ( ) UNTIL AFTER POST ADJUDICATORY HEARING     OR
BED AVAILABLE AT

( ) Arraignment  ( ) Change of Plea  ( ) Guilty  ( ) No Contest  ( ) PSI/PDR  ( ) Sentencing / Re-Sentencing
( ) Trial by Jury  ( ) Trial by Court  ( ) First VOP/VOCC  ( ) Final VOP/VOCC  ( ) Admits Allegations
( ) Convicted by Jury/Court _____  ( ) Acquitted by Jury/Court _____  ( ) Dismissed _____  ( ) Speedy
( ) Discharged _____  ( ✓ ) Nolle Prosequi _____  ( ) Found Incompetent/Placement Pending/ Committed to Child/Family Services
( ) Adj. Guilty _____  ( ) Adj. Withheld _____  ( ) Adj. Delinquent _____
( ) Committed to DJJ/Level _____  ( ) Sentence Withheld _____  ( ) Previous Sentence Vacated
( ) PSI Ordered
**Adj. and Sentence deferred to** _____

Type of probation / Community Control:
( ) Youthful Offender  ( ) Drug Offender  ( ) Sexual Offender  ( ) Habitual Offender  ( ) Mental Health  ( ) County
PROBATION/COMM. CONTROL:   ( ) Revoked  ( ) Reinstated  ( ) Modified  ( ) Terminated
            Extended_____  ( ) All previous special conditions apply
WARRANT:      ( ) Dismissed  ( ) Withdrawn  ( ) Served in open court

**SENTENCE: (*PROBATION / COMM. CONTROL*)**
COUNT(S):_____
_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control  ( ) Followed by
_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control
_____  ( ) each count concurrent/consecutive  ( ) Concurrent  ( ) Consecutive to case number _____
COUNT(S):_____
_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control  ( ) Followed by
_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control
_____  ( ) each count concurrent/consecutive  ( ) Concurrent  ( ) Consecutive to case number _____

**SENTENCE: (*INCARCERATION*)**
COUNT(S):_____  ( ) One year plus one day  ( ) _____  ( ) Years  ( ) Months  ( ) Days
( ) BCJ  ( ) FSP, w/credit for_____ days T/S
( ) Followed by_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control
( ) Each count concurrent/consecutive  ( ) Concurrent/consecutive  ( ) To case number_____
( ) Any other sentence  ( ) Work release  ( ) Prison sentence suspended
COUNT(S):_____  ( ) One year plus one day  ( ) _____  ( ) Years  ( ) Months  ( ) Days
( ) BCJ  ( ) FSP, w/credit for_____ days T/S
( ) Followed by_____  ( ) Years  ( ) Months  ( ) Days  ( ) Probation  ( ) Community Control
( ) Each count concurrent/consecutive  ( ) Concurrent/consecutive  ( ) To case number_____
( ) Any other sentence  ( ) Work release  ( ) Prison sentence suspended

**JUDGE**_____

**DEPUTY CLERK** _____  **DATE** _____

**EXHIBIT (J)**

"CIRCUIT COURT DISPOSITION ORDER IS AND FOR BROWARD COUNTY, FLORIDA

Case Number __13012235CF10A__ Arrest Number__PB13002431__ BCCN # __0779874__

State of Florida VS __Birkley, George__ AKA _____

Judge __Michael A. Usan__ Cash bond / Return to depositor / Surety bond / IC

Cash bond number(s) _____

Charges __080-1 Burglary Structure Unoccup__
_____ __080-2 Possession Burglary Tools__
_____
_____
_____
_____

( ) REMANDED  ( ) REMAIN IC ( ) UNTIL PICKED UP BY  ( ) UNTIL AFTER POST ADJUDICATORY HEARING    OR BED AVAILABLE AT

( ) Arraignment  ( ) Change of Plea  ( ) Guilty  ( ) No Contest  ( ) PSI/PDR  ( ) Sentencing / Re-Sentencing
( ) Trial by Jury  ( ) Trial by Court  ( ) First VOP/VOCC  ( ) Final VOP/VOCC  ( ) Admits Allegations
( ) Convicted by Jury/Court _____  ( ) Acquitted by Jury/Court _____  ( ) Dismissed _____ ( ) Speedy
( ) Discharged _____ ( ) Nolle Prosequi _____ ( ) Found Incompetent/Placement Pending/ Committed to Child/Family Services
( ) Adj. Guilty _____  ( ) Adj. Withheld _____  ( ) Adj. Delinquent _____
( ) Committed to DJJ/Level _____  ( ) Sentence Withheld _____  ( ) Previous Sentence Vacated
( ) PSI Ordered
**Adj. and Sentence deferred to** ____

Type of probation / Community Control:
( ) Youthful Offender  ( ) Drug Offender  ( ) Sexual Offender  ( ) Habitual Offender  ( ) Mental Health  ( ) County
PROBATION/COMM. CONTROL:  ( ) Revoked  ( ) Reinstated  ( ) Modified  ( ) Terminated
Extended_____  ( ) All previous special conditions apply
WARRANT:      ( ) Dismissed  ( ) Withdrawn  ( ) Served in open court

**SENTENCE:** *(PROBATION / COMM. CONTROL)*
**COUNT(S):**_____
_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation ( ) Community Control  ( ) Followed by
_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation ( ) Community Control
_____ ( ) each count concurrent/consecutive ( ) Concurrent ( ) Consecutive to case number _____
**COUNT(S):**_____
_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation ( ) Community Control  ( ) Followed by
_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation ( ) Community Control
_____ ( ) each count concurrent/consecutive ( ) Concurrent ( ) Consecutive to case number _____

**SENTENCE:** *(INCARCERATION)*
**COUNT(S):**_____  ( ) One year plus one day ( ) _____ ( ) Years ( ) Months ( ) Days
( ) BCJ  ( ) FSP, w/credit for_____ days T/S
( ) Followed by_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation  ( ) Community Control
( ) Each count concurrent/consecutive ( ) Concurrent/consecutive ( ) To case number_____
( ) Any other sentence ( ) Work release ( ) Prison sentence suspended
**COUNT(S):**_____  ( ) One year plus one day ( ) _____ ( ) Years ( ) Months ( ) Days
( ) BCJ  ( ) FSP, w/credit for_____ days T/S
( ) Followed by_____ ( ) Years  ( ) Months  ( ) Days ( ) Probation  ( ) Community Control
( ) Each count concurrent/consecutive ( ) Concurrent/consecutive ( ) To case number_____
( ) Any other sentence ( ) Work release ( ) Prison sentence suspended

JUDGE_____

DEPUTY CLERK_____  DATE _____

FILE COPY-WHITE DEFENDANT'S COPY-BLUE SHERIFF'S COPY-YELLOW PROBATION'S COPY-PINK DEFENSE ATTORNEY'S COPY-GOLD  REVISED 09/25/13

# SENTENCE INFORMATION SHEET

*Exhibit (K)*

Inmate: Birkley, George   DC# 0 - I 42651

My name is **Ms. L. Hester your** Classification Officer, while you are being housed at SFRC. You are assigned to **Team Number (02)**, if you have any questions after this interview I can be contacted by **inmate request only**.  Information concerning your sentence is as follows:

Sentence: ___1___ Years (s) _3__ Month (s) _0__ Day (s)

**Green Case Violator (Yes) ___ (NO) _X_**
( a response can be given with calculations upon Central Office Completion)

**Date of Sentence:** _11 / 24 / 2014_

**Maximum Release Date:** _5 / 29 / 2015_
**(If you receive any disciplinary violations you will max out)**

- **Tentative Release Date:** _5 / 23 2015_
**(This is the date to watch for release, as it will decrease as you earn gain time monthly)**

**Projected: 85% Year** _3 / 22 / 2015_
**(Projected based off of you earning (10) days each month)**

**Mandatory Term:** ___0___ years

**Jail Credit:** _269_ days

**Total days served as of Today** _441_

**Pin#** _184265/4716_

**MONEY:**  You may contact the 800 number to resolve problems concerning money.

- JPay will be now providing the Lock Box Service so money orders, cashier checks will be sent by families and friends to JPay.  The new address to mail money orders is JPay, P.O. Box 260010, Hollywood, FL 33026. The service with Western Union will no longer be accepted.

- JPay also has an over the Interactive Voice Response (IVR) system & the customer service number is 1- 800-574-5729 to answer phone calls for families and friends.

**PHONE SERVICE: Correctional Billing Service (Payments)**
              **P.O. Box 2022**
              **Mechanicsburg, PA 17o055-077**
              **1-800-844-6591**
**Update month for phone system is as follows: based upon the last digit of your DC#**

**0 & 5 January & July**
**1 & 6 February & August**
**2 & 7 March & September**
**3 & 8 April & October**
**4& 9 May & November**

# Broward Sheriff's Office Communications Division - Law Enforcement Incident In-house Summary Sheet*

| | |
|---|---|
| Incident Number: L11140519004784 | Prio./Disp.: 1 / A |
| Signal: 21IP BREAKING & ENTERING | Agency: BSO - Pompano Beach |
| Address: **statutory exemptions applied** | Zone: 1109 |
| Caller: **statutory exemptions applied** | Date: 05/19/14 |
| Caller Address: | |
| Dispatch Time: 02:30:11 | Arrival Time: 02:32:12 |
| Primary Unit: 11A9 | Primary: 12117 |

□ **Emergency 911 Voice Recordings** – Identifiable 911 caller information – 365.171(12)

## Operator Console Summary

Time: 02:29:42   Console: 33   Operator: Moore, Brandee S
Incident Initiated By: Moore, Brandee S

Time: 02:29:42.000   Console: 33   Operator: Moore, Brandee S
Primary Event: MAIN Opened: 14/05/19 02:29
Incident Initiated By: BS/MOORE, BRANDEE S
Original Location :

Time: 02:29:52.000   Console: 33   Operator: Moore, Brandee S
PER  ADV MALE TAKING COPPER RIGHT NOW

Time: 02:30:00.000   Console: 33   Operator: Moore, Brandee S
UNK RACE

Time: 02:30:11.000   Console: Error   Operator:
Ntfy Mail Attach Dt: 14/05/19 Tm: 02:30 Cons: Oper:
Subject: ANNOUNCE ON 14 CALLING AND TONE VIPER GROUP

Time: 02:30:11.000   Console: CK01   Operator: Pierre,Mirliene
11/11A9 - Dispatched ---> --- 21IP
Primary Unit CHANGED To: 11/11A9
11/11A8 - Dispatched ---> --- 21IP
11/11A9 - Enroute ---> --- 21IP

*Exhibit (L)*

1.

11/11A8 - Enroute ---> 21IP

Time: 02:30:25.000   Console: 33   Operator: Moore, Brandee S
CALLER ADV MALE IS TAKING THE COPPER AND THROWNG IT OVER
THE FENCE

Time: 02:30:36.000   Console: CK01   Operator: Pierre,Mirliene
11/CN543 - Dispatched --->  --- 21IP
11/CN543 - Enroute --->  --- 21IP

Time: 02:30:37.000   Console: 33   Operator: Moore, Brandee S
CALLER ADV HE IS ON THE SOUTH SIDE OF THE COMPLEX

Time: 02:30:43.000   Console: 33   Operator: Moore, Brandee S
✳UNK WHAT HE IS WEARING..

Time: 02:30:51.000   Console: 33   Operator: Moore, Brandee S
Caller Name CHANGED To:

Time: 02:30:59.000   Console: 33   Operator: Moore, Brandee S
CPhone CHANGED To:

Time: 02:31:05.000   Console: 33   Operator: Moore, Brandee S
Caller Name Fr:  To:
Caller Name Changed From: To:

Time: 02:31:12.000   Console: 33   Operator: Moore, Brandee S
CALLER ADV THEY MONITOR THERE OWN SITE

Time: 02:31:31.000   Console: CK01   Operator: Pierre,Mirliene
11/11A8 - Info --->   11/11A19 - Dispatched --->  --- 21IP

Time: 02:31:36.000   Console: 33   Operator: Moore, Brandee S
ACCESS IS SW 9TH TER SOME MALE IS POSS ON THAT SIDE

Time: 02:31:50.000   Console: 33   Operator: Moore, Brandee S
CALLER ADV THIS SAME GUY HAS HIT THEM SEVERAL TIMES..

Time: 02:31:54.000   Console: CK01   Operator: Pierre,Mirliene
11/11A19 - Enroute --->  AND --- 21IP
11/11A11 - Dispatched --->  --- 21IP
11/11A11 - Info --->  AND
11/11A19 - Arrived ---> 1020 --- 21IP
11/11A11 - Enroute --->  AND --- 21IP

Time: 02:32:02.000   Console: 33   Operator: Moore, Brandee S
✳CALLER ADV THE VIDEO IS LIVE AND HE IS STILL ON CAMERA

Time: 02:32:34.000   Console: 33   Operator: Moore, Brandee S
CALLER ADV THEY ARE MONITORING THERE OWN FEED

Time: 02:32:43.000   Console: CK01   Operator: Pierre,Mirliene
AIR IS 03 VEH PULLING OUT

Time: 02:32:48.000   Console: CK01   Operator: Pierre,Mirliene
Plate Number CHANGED To: FL-969TEA

Time: 02:33:23.000   Console: CK01   Operator: Pierre,Mirliene
11A9 BM NO SHIRT

2

Time: 02:33:34.000   Console: CK01   Operator: Pierre,Mirliene
11/11A9 - Info ---> BEHIND THE STORAGE UNIT

Time: 02:33:44.000   Console: CK01   Operator: Pierre,Mirliene
11/11A19 - Info ---> 5194 11A9
11/11A6 - Dispatched ---> --- 21IP
11/11A6 - Arrived ---> 95 --- 21IP

Time: 02:34:01.000   Console: 33   Operator: Moore, Brandee S
PER CALLER ADV THEY ARE TRYING TO REACH A POINT OF CONTACT
TO RESPOND OUT
THERE..

Time: 02:34:36.000   Console: CK01   Operator: Pierre,Mirliene
Norm Mail Attach Dt: 14/05/19 Tm: 02:34 Cons: CK01 Oper: PIERRE,MIRLIENE
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97

Time: 02:35:03.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:35 Cons: 33 Oper: MOORE, BRANDEE S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN
-----Original Message-----

Time: 02:35:14.000   Console: CK01   Operator: Pierre,Mirliene
Delete Notification: ANNOUNCE ON 14 CALLING AND TONE VIPER GROUP
04 ANNOUNCED

Time: 02:35:18.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:35 Cons: 33 Oper: MOORE, BRANDEE S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
CALLER ADV THIS SAME GUY HAS HIT THEM SEVERAL TIMES
-----Original Message-----

Time: 02:35:23.000   Console: CK01   Operator: Pierre,Mirliene
✳SUBJ THAT IS 97 IS POSS LOOKOUT..

Time: 02:35:38.000   Console: CK01   Operator: Pierre,Mirliene
UNITS FILL IN ON THE POINT 600 ANDREW AND REST OF UNITS CAN
CONT

Time: 02:35:45.000   Console: CK01   Operator: Pierre,Mirliene
✳SUBJ IC 0232HRS*************

Time: 02:35:54.000   Console: CK01   Operator: Pierre,Mirliene
11A6 AT THE OVERPASS
11/11A6 - Info ---> 95 OVERPASS

Time: 02:36:10.000   Console: CK01   Operator: Pierre,Mirliene
Rply Mail Attach Dt: 14/05/19 Tm: 02:36 Cons: CK01 Oper: PIERRE,MIRLIENE
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
04
-----Original Message-----
THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN

3

-----Original Message-----
Time: 02:36:14.000   Console: CK01   Operator: Pierre,Mirliene
Rply Mail Attach Dt: 14/05/19 Tm: 02:36 Cons: CK01 Oper: PIERRE,MIRLIENE
11/CN553 - Dispatched ---> --- 21IP
11/CN553 - Arrived ---> --- 21IP
11/11A9 - Arrived ---> BEHIND THE STORAGE UNIT --- 21IP

Time: 02:36:15.000   Console: CK01   Operator: Pierre,Mirliene
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
48
-----Original Message-----
CALLER ADV THIS SAME GUY HAS HIT THEM SEVERAL TIMES
-----Original Message-----
Time: 02:36:20.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:36 Cons: 33 Oper: MOORE, BRANDEE S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
CAN I DISCONNECT?
-----Original Message-----
04
-----Original Message-----
THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN
-----Original Message-----
Time: 02:36:36.000   Console: Error   Operator:
11/11A9 - UO ---> Overdue: Operator: BS/15853 Console: CK01

Time: 02:36:49.000   Console: CK01   Operator: Pierre,Mirliene
12/CN552 - Dispatched --- 21IP
12/CN552 - Arrived ---> --- 21IP
11/11A11 - Arrived ---> AND --- 21IP

Time: 02:37:15.000   Console: CK01   Operator: Pierre,Mirliene
11/11A5 - Dispatched ---> 21IP
11/11A5 - Enroute ---> BRIDGE --- 21IP
11/11A12 - Dispatched ---> --- 21IP
11/11A12 - Arrived ---> BRIDGE 95 --- 21IP

Time: 02:38:38.000   Console: CK01   Operator: Pierre,Mirliene
Rply Mail Attach Dt: 14/05/19 Tm: 02:38 Cons: CK01 Oper: PIERRE,MIRLIENE
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
NEED TO STAY LL...WHERE IS THE LAST LOCATION?
-----Original Message-----
CAN I DISCONNECT?
-----Original Message-----
04
-----Original Message-----
THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN

*4*

-----Original Message-----
Time: 02:39:08.000   Console: CK01   Operator: Coleman, Leah
SUBJ IN VEH IS NOT COOPERATIVE...HAS BOLT CUTTERS IN THE VEH
BS/CN550 - Dispatched ---> --- 21IP
11/11A19 - Info --->

Time: 02:39:33.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:39 Cons: 33 Oper: MOORE, BRANDEE S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
SB FROM THE SOUTH GATE OF THE SERVICE CENTER..WALKING SB ON
9TH TER...
   -----Original Message-----
   NEED TO STAY LL...WHERE IS THE LAST LOCATION?
   -----Original Message-----
   CAN I DISCONNECT?
   -----Original Message-----
   04
   -----Original Message-----
   THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN
   -----Original Message-----
Time: 02:39:39.000   Console: CK01   Operator: Coleman, Leah
11/11A12 - Arrived ---> BRIDGE 95 --- 21IP

Time: 02:40:08.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:40 Cons: 33 Oper: MOORE, BRANDEE S
Time: 02:40:09.000   Console: 33   Operator: Moore, Brandee S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
PER CALLER THEY DO HAVE A POINT OF CONTACT INSIDE OF THE
BLDG 1023 WAITING TO
   TALK TO PD WHENEVER THEY ARE READY..
   -----Original Message-----
   NEED TO STAY LL...WHERE IS THE LAST LOCATION?
   -----Original Message-----
   CAN I DISCONNECT?
   -----Original Message-----
   04
   -----Original Message-----
   THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN
   -----Original Message-----
Time: 02:40:17.000   Console: 08   Operator: Lewis, Chanelle
BS/CN554 - Dispatched ---> --- 21IP
BS/CN554 - Enroute ---> --- 21IP
Time: 02:40:17.000   Console: CK01   Operator: Coleman, Leah
Norm Mail Attach Dt: 14/05/19 Tm: 02:40 Cons: CK01 Oper: COLEMAN, LEAH

5

Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
BS/CN550 - Enroute ---> --- 21IP

Time: 02:40:20.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:40 Cons: 33 Oper: MOORE, BRANDEE S
Subject: UNITS OUT WITH A MALE-- IS THAT SUBJ STILL 97
-----Original Message-----
NEED TO STAY LL...WHERE IS THE LAST LOCATION?
-----Original Message-----
CAN I DISCONNECT?
-----Original Message-----
04

Time: 02:40:21.000   Console: 33   Operator: Moore, Brandee S
-----Original Message-----
THEY ARE CALLING FROM A OFF SITE LOCATION THEY ARE JUST
MONITORING THE BUSN
-----Original Message-----

Time: 02:40:42.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:40 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:41:12.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:41 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:41:19.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:41 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
 IS 1097 AND WILL STEP OUT

Time: 02:41:20.000   Console: 33   Operator: Moore, Brandee S
-----Original Message-----

Time: 02:42:01.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:42 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
 PROPERTY
-----Original Message-----
 IS 1097 AND WILL STEP OUT
-----Original Message-----

Time: 02:42:13.000   Console: 33   Operator: Moore, Brandee S

6

Rply Mail Attach Dt: 14/05/19 Tm: 02:42 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A
EMPLOYEE CAUSE THE
✳SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:42:49.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:42 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON

Time: 02:42:50.000   Console: 33   Operator: Moore, Brandee S
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----

Time: 02:43:05.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:43 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
WHAT'S HIS LAST DOT?

Time: 02:43:06.000   Console: CK01   Operator: Coleman, Leah
-----Original Message-----
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A
EMPLOYEE CAUSE THE
SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:43:28.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:43 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
THE SUSPECT?

Time: 02:43:29.000   Console: 33   Operator: Moore, Brandee S
-----Original Message-----
WHAT'S HIS LAST DOT?
-----Original Message-----
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A

7

EMPLOYEE CAUSE THE
SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----
Time: 02:43:34.000  Console: CK01  Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:43 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:43:39.000  Console: 33  Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:43 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
-----Original Message-----
WHAT'S HIS LAST DOT?
-----Original Message-----
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A
EMPLOYEE CAUSE THE
SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----
Time: 02:43:44.000  Console: CK01  Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:43 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
04..SUSPECTS 1020
-----Original Message-----
THE SUSPECT?
-----Original Message-----
WHAT'S HIS LAST DOT?
-----Original Message-----
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A
EMPLOYEE CAUSE THE

SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:44:29.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:44 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
✱ SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
CHARLIE MUDD IS 1097 AND WILL STEP OUT
-----Original Message-----

Time: 02:44:42.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:44 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
SB FROM THE SOUTH GATE
-----Original Message-----
04..SUSPECTS 1020
-----Original Message-----
THE SUSPECT?
-----Original Message-----
WHAT'S HIS LAST DOT?
-----Original Message-----

Time: 02:44:43.000   Console: 33   Operator: Moore, Brandee S
THEY ONLY KNOW OF ONE BUT ANYONE THAT INSIDE SHOULD BE A
EMPLOYEE CAUSE THE
SUBJ WAS LAST SEEN OFF SITE AND MOVING AWAY FROM THE SITE
-----Original Message-----
HOW MANY EMPLOYEES ARE ON SITE AT THIS TIME?
-----Original Message-----
HE IS OPENING THE GATE NOW
-----Original Message-----

Time: 02:45:00.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:45 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE

9

48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:45:21.000   Console: CK01   Operator: Coleman, Leah
CN543 1025 WITH EMPLOYEE
Time: 02:45:30.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:45 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
Time: 02:45:31.000   Console: 33   Operator: Moore, Brandee S
----- IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:46:28.000   Console: CK01   Operator: Coleman, Leah
BS/CN550 - Arrived ---> --- 21IP
Time: 02:47:31.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:47 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM

10

-----Original Message-----

ADV WHEN I CAN DISCONNECT FROM THE CALLER

-----Original Message-----

Time: 02:47:32.000   Console: CK01   Operator: Coleman, Leah

48

-----Original Message-----

54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE

-----Original Message-----

SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?

-----Original Message-----

CALLER ADV THEY ALREADY DISC FROM THE SUBJ

-----Original Message-----

DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY

-----Original Message-----

IS 1097 AND WILL STEP OUT

-----Original Message-----

Time: 02:49:10.000   Console: CK02   Operator: Pierre,Mirliene

11/11A7 - Dispatched ---> --- 21IP

11/11A4 - Dispatched ---> --- 21IP

11/11A7 - Enroute ---> --- 21IP

11/11A4 - Enroute ---> --- 21IP

11/11A4 - Arrived ---> 21IP

11/11A7 - Arrived ---> --- 21IP

Time: 02:49:53.000   Console: 33   Operator: Moore, Brandee S

Rply Mail Attach Dt: 14/05/19 Tm: 02:49 Cons: 33 Oper: MOORE, BRANDEE S

Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE

PER THE CALLER THEY ARE LOOKING AT THE VIDEO...PER CALLER ADV CHECK TO SEE IF
THERE IS ANY COPPER OR ANY SORT OF WIRES IN HIS CAR...CALLER ADV THEY ONLY
SEEN ONE SUBJ AT WHOLE TIME..

-----Original Message-----

WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM

-----Original Message-----

ADV WHEN I CAN DISCONNECT FROM THE CALLER

-----Original Message-----

48

-----Original Message-----

54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE

-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:50:44.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:50 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV THE MALE JUMPED THE FENCE 2 POSS 3 TIMES TO TAKE THE COPPER IN AND
OUT THE BUSN
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:52:00.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:52 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV THE SUBJ WAS POSS WEARING DARK SHORTS AND LIGHT COLOR OR NO SHIRT
FROM WHAT THEY CAN TELL..AND DARK COLOR SNEAKERS

12

-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:52:52.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:52 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY

13

-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----

Time: 02:54:05.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:54 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV THE MALE UNDERWEAR WAS SHOWING OR HE HAD
SOME SORT OF WHITE WAIST
BAND ABOVE HIS SHORTS
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON

Time: 02:54:06.000   Console: 33   Operator: Moore, Brandee S
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----

Time: 02:54:29.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:54 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM

14

-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
Time: 02:54:30.000   Console: CK01   Operator: Coleman, Leah
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:54:48.000   Console: Error   Operator:
11/11A9 - UO ---> Overdue: Operator: BS/16137 Console: CK01
Time: 02:55:30.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:55 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
HE ADV THE STILL SHOT WONT BE CLEAR ENOUGHT TO IDENTIFY
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
Time: 02:55:31.000   Console: 33   Operator: Moore, Brandee S

15

SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:56:01.000   Console: CK01   Operator: Coleman, Leah
11/CN543 - Arrived ---> 330 SW 12TH AV --- 21IP
Time: 02:56:46.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 02:56 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE
WHERE THE SUBJ CAME IN
OR OUT OF YET..
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON PROP
ERTY
-----Original Message-----

16

IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:56:49.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:56 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
1004..CHECKING IF STILL NEED TO BE LL
-----Original Message-----
HE ADV THE STILL SHOT WONT BE CLEAR ENOUGHT TO IDENTIFY
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
Time: 02:56:50.000   Console: CK01   Operator: Coleman, Leah
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 02:57:16.000   Console: CK01   Operator: Coleman, Leah
Rply Mail Attach Dt: 14/05/19 Tm: 02:57 Cons: CK01 Oper: COLEMAN, LEAH
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
WHAT'S THE EXACT LOCATION OF THE FENCE?
-----Original Message-----
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE
WHERE THE SUBJ CAME IN

17

OR OUT OF YET..

-----Original Message-----

04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO OF THE SUBJ TO

US FOR IDENTIFICATION?

-----Original Message-----

CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS WEARING A HAT

-----Original Message-----

WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY

TOO? SUBJ IN A VEH..NO SHIRT BM

-----Original Message-----

ADV WHEN I CAN DISCONNECT FROM THE CALLER

-----Original Message-----

48

-----Original Message-----

54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE

-----Original Message-----

SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?

-----Original Message-----

CALLER ADV THEY ALREADY DISC FROM THE SUBJ

-----Original Message-----

DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON

PROPERTY

-----Original Message-----

IS 1097 AND WILL STEP OUT

-----Original Message-----

11/11A8 - Arrived ---> --- 21IP

Time: 02:58:23.000  Console: 33  Operator: Moore, Brandee S

Rply Mail Attach Dt: 14/05/19 Tm: 02:58 Cons: 33 Oper: MOORE, BRANDEE S

Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE

PART OF THE FENCE THAT THE UNITS CAME IN AT LOOK ALLL THE WAY TO LEFT WHERE

THE FENCE MEET THE BLDG..ON THE EAST SIDE OF THE SOUTH GATE...AND HE ADV HE

CAN DIRECT UNITS ONCE THEY ARE ON CAMERA

-----Original Message-----

WHAT'S THE EXACT LOCATION OF THE FENCE?

-----Original Message-----

CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE WHERE THE SUBJ CAME IN

OR OUT OF YET..

-----Original Message-----

18

04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO OF THE SUBJ TO

US FOR IDENTIFICATION?

-----Original Message-----

CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS WEARING A HAT

-----Original Message-----

WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY

TOO? SUBJ IN A VEH..NO SHIRT BM

-----Original Message-----

ADV WHEN I CAN DISCONNECT FROM THE CALLER

-----Original Message-----

48

-----Original Message-----

54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE

-----Original Message-----

SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?

-----Original Message-----

CALLER ADV THEY ALREADY DISC FROM THE SUBJ

-----Original Message-----

DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON

PROPERTY

-----Original Message-----

IS 1097 AND WILL STEP OUT

-----Original Message-----

Time: 02:58:31.000   Console: CK01   Operator: Coleman, Leah

CN543 ADV WHEN YOU ARE BACK TO YOUR CAR...WE ARE GOING TO CLEAR THE

PERIMETER AND CHECK THE SELF STORAGE

Time: 02:58:54.000   Console: CK01   Operator: Coleman, Leah

CN554....POSS ANOTHER EMPLOYEE ON SCENE

Time: 02:59:06.000   Console: CK01   Operator: Coleman, Leah

CN543...WM LONG BEARD ABOUT 6FT

Time: 02:59:15.000   Console: CK01   Operator: Coleman, Leah

CN554...04 THATS HIM UNDER THE TOWER

Time: 03:01:48.000   Console: CK01   Operator: Coleman, Leah

Rply Mail Attach Dt: 14/05/19 Tm: 03:01 Cons: CK01 Oper: COLEMAN, LEAH

Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE

CAN YOU X-FER THE CLLR TO NORTH REGIONAL?

-----Original Message-----

PART OF THE FENCE THAT THE UNITS CAME IN AT LOOK ALLL THE WAY TO LEFT WHERE

19

THE FENCE MEET THE BLDG..ON THE EAST SIDE OF THE SOUTH
GATE...AND HE ADV HE
CAN DIRECT UNITS ONCE THEY ARE ON CAMERA
-----Original Message-----
WHAT'S THE EXACT LOCATION OF THE FENCE?
-----Original Message-----
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE
WHERE THE SUBJ CAME IN
OR OUT OF YET..
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----
Time: 03:02:03.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 03:02 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
I CAN TRY...
-----Original Message-----
CAN YOU X-FER THE CLLR TO NORTH REGIONAL?
-----Original Message-----
PART OF THE FENCE THAT THE UNITS CAME IN AT LOOK ALLL THE

WAY TO LEFT WHERE
 THE FENCE MEET THE BLDG..ON THE EAST SIDE OF THE SOUTH
GATE...AND HE ADV HE
 Time: 03:02:04.000   Console: 33   Operator: Moore, Brandee S
CAN DIRECT UNITS ONCE THEY ARE ON CAMERA
 -----Original Message-----
WHAT'S THE EXACT LOCATION OF THE FENCE?
 -----Original Message-----
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE
WHERE THE SUBJ CAME IN
 OR OUT OF YET..
 -----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO
 US FOR IDENTIFICATION?
 -----Original Message-----
 CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT
 -----Original Message-----
 WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY
 TOO? SUBJ IN A VEH..NO SHIRT BM
 -----Original Message-----
 ADV WHEN I CAN DISCONNECT FROM THE CALLER
 -----Original Message-----
 48
 -----Original Message-----
 54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE
 Time: 03:02:05.000   Console: 33   Operator: Moore, Brandee S
 -----Original Message-----
 SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
 -----Original Message-----
 CALLER ADV THEY ALREADY DISC FROM THE SUBJ
 -----Original Message-----
 DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON
 PROPERTY
 -----Original Message-----
 IS 1097 AND WILL STEP OUT
 -----Original Message-----
 Time: 03:02:16.000   Console: CK01   Operator: Coleman, Leah
 Rply Mail Attach Dt: 14/05/19 Tm: 03:02 Cons: CK01 Oper: COLEMAN, LEAH
 Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
04

21

-----Original Message-----
I CAN TRY...
-----Original Message-----
CAN YOU X-FER THE CLLR TO NORTH REGIONAL?
-----Original Message-----
PART OF THE FENCE THAT THE UNITS CAME IN AT LOOK ALLL THE WAY TO LEFT WHERE
THE FENCE MEET THE BLDG..ON THE EAST SIDE OF THE SOUTH GATE...AND HE ADV HE
CAN DIRECT UNITS ONCE THEY ARE ON CAMERA
-----Original Message-----
WHAT'S THE EXACT LOCATION OF THE FENCE?
-----Original Message-----
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE WHERE THE SUBJ CAME IN
OR OUT OF YET..
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO OF THE SUBJ TO
US FOR IDENTIFICATION?
-----Original Message-----
CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS WEARING A HAT
Time: 03:02:17.000   Console: CK01   Operator: Coleman, Leah
-----Original Message-----
WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE WAS ON PROPERTY
TOO? SUBJ IN A VEH..NO SHIRT BM
-----Original Message-----
ADV WHEN I CAN DISCONNECT FROM THE CALLER
-----Original Message-----
48
-----Original Message-----
54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS WENT ONSCENE
-----Original Message-----
SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?
-----Original Message-----
CALLER ADV THEY ALREADY DISC FROM THE SUBJ
-----Original Message-----
DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY OTHERS ARE ON
PROPERTY
-----Original Message-----
IS 1097 AND WILL STEP OUT
-----Original Message-----

22

Time: 03:02:32.000   Console: CK01   Operator: Coleman, Leah
11A6 WALK THE FENCE LINE FROM 95 TO SEE IF ANYTHING WAS
THROWN

Time: 03:02:38.000   Console: CK01   Operator: Coleman, Leah
1022...PROPERTY FOUND

Time: 03:02:56.000   Console: CK01   Operator: Coleman, Leah
***PROPERTY FOUND 0302HRS***

Time: 03:03:21.000   Console: CK01   Operator: Coleman, Leah
CN543 ALL UNITS HOLD YOUR PERIMETER GOING TO CHECK THE
OTHER BUSINESS

Time: 03:03:30.000   Console: CK01   Operator: Coleman, Leah
8 SPOOLS OF COPPER FOUND

Time: 03:03:36.000   Console: CK01   Operator: Coleman, Leah
CN550 TO HOLD ONE BLDG SOUTH OF

Time: 03:04:32.000   Console: CK27   Operator: Waye, Makina
CALLER ADV UNITS ARE EXACTLY WHERE SUBJ MADE ENTRY

Time: 03:05:38.000   Console: 33   Operator: Moore, Brandee S
Rply Mail Attach Dt: 14/05/19 Tm: 03:05 Cons: 33 Oper: MOORE, BRANDEE S
Subject: CAN YOU HAVE OPERATOR GIVE YOU THE CODE FOR GATE
I TRANSFERED THE CALLER TO YOUR DISP CENTER AND SHE DISC..IM
NO LONGER LL WITH

Time: 03:05:39.000   Console: 33   Operator: Moore, Brandee S
HIM
-----Original Message-----
04
-----Original Message-----
I CAN TRY...
-----Original Message-----
CAN YOU X-FER THE CLLR TO NORTH REGIONAL?
-----Original Message-----
PART OF THE FENCE THAT THE UNITS CAME IN AT LOOK ALLL THE
WAY TO LEFT WHERE
THE FENCE MEET THE BLDG..ON THE EAST SIDE OF THE SOUTH
GATE...AND HE ADV HE
CAN DIRECT UNITS ONCE THEY ARE ON CAMERA
-----Original Message-----
WHAT'S THE EXACT LOCATION OF THE FENCE?
-----Original Message-----
CALLER ADV UNITS HAVENT WENT TO THE PART OF THE FENCE
WHERE THE SUBJ CAME IN
OR OUT OF YET..
-----Original Message-----
04...ON ALL 1043. IS THERE ANY WAY THEY CAN EMAIL A STILL PHOTO
OF THE SUBJ TO

23

US FOR IDENTIFICATION?

-----Original Message-----

CALLER ADV MALE IS POSS HAS DARK COLOR HAIR OR HE IS
WEARING A HAT

-----Original Message-----

WE HAVE 1 SUBJ DETAINED..CAN THEY VERIFY WHETHER OR NOT HE
WAS ON PROPERTY

TOO? SUBJ IN A VEH..NO SHIRT BM

-----Original Message-----

ADV WHEN I CAN DISCONNECT FROM THE CALLER

-----Original Message-----

48

-----Original Message-----

54 THEY CAN NO LONGER SEE HIM...THEY DIDNT SEE HIM AFTER UNITS
WENT ONSCENE

-----Original Message-----

SO IS THE SUBJ NO LONGER IN THEIR LINE OF SITE?

-----Original Message-----

CALLER ADV THEY ALREADY DISC FROM THE SUBJ

-----Original Message-----

DON'T HAVE HIM STEP OUT...ASK HIM WHERE HE IS? AND HOW MANY
OTHERS ARE ON

Time: 03:05:40.000   Console: 33   Operator: Moore, Brandee S
PROPERTY

-----Original Message-----

IS 1097 AND WILL STEP OUT

-----Original Message-----

Time: 03:07:39.000   Console: 08   Operator: Coppet, Shambre
12/CN552 - UR ---> Reassign: 21IP LBS140519002515
BS/CN554 - UR ---> Reassign: 21IP LBS140519002515

Time: 03:12:51.000   Console: 08   Operator: Coppet, Shambre
BS/CN550 - UR ---> Reassign: 21IP LBS140519002515

Time: 03:13:43.000   Console: 00   Operator: Migneault,Michael
11/11A5 - Available ---> 21IP

Time: 03:15:08.000   Console: Error   Operator:
11/11A9 - UO ---> Overdue: Operator: BS/16137 Console: CK01

Time: 03:17:17.000   Console: CK01   Operator: Coleman, Leah
11/11A11 - UR ---> Reassign: 21IP L11140519004787

Time: 03:18:56.000   Console: CK14   Operator: Grabowski, Cheryl
SGT COKER NOTIFIED

Time: 03:19:12.000   Console: CK01   Operator: Coleman, Leah
11/11A4 - Available ---> 21IP

Time: 03:19:23.000   Console: CK01   Operator: Coleman, Leah
11/11A7 - Available ---> 21IP

24

Time: 03:19:25.000   Console: 00   Operator: Pettus,Jonathan
11/11A6 - Available ---> 21IP

Time: 03:24:24.000   Console: CK01   Operator: Coleman, Leah
11/11A12 - Available ---> 21IP

Time: 03:25:08.000   Console: CK01   Operator: Coleman, Leah
11/CN553 - UR ---> Reassign: 21IP LBS140519002515
11/CN543 - UR ---> Reassign: 21IP LBS140519002515

Time: 03:38:46.000   Console: CK01   Operator: Coleman, Leah
11/11K21 - Enroute ---> --- 21IP
11/11K21 - Enroute ---> 21IP

Time: 03:42:52.000   Console: CK30   Operator: Castillo, Jessie
Tow Request To: 1070

Time: 03:43:03.000   Console: CK30   Operator: Castillo, Jessie
20 MINS ETA FOR EMERALDS **************

Time: 03:43:13.000   Console: CK30   Operator: Castillo, Jessie
AT

Time: 03:48:28.000   Console: CK01   Operator: Coleman, Leah
11/11K21 - Arrived ---> 21IP

Time: 04:14:43.000   Console: CK01   Operator: Coleman, Leah
11/11A9 - To Booking ---> 1915 1X --- 21IP
11/11A9 - Mileage Entered ---> Odometer: 716.

Time: 04:15:09.000   Console: CK01   Operator: Coleman, Leah
11/11A19 - Info ---> 1019

Time: 04:18:29.000   Console: CK01   Operator: Coleman, Leah
11/11A9 - To Booking ---> 1915 1X ---   11/11A9 - Comment ---> Comment:

Time: 04:19:21.000   Console: CK01   Operator: Coleman, Leah
11/11A9 - At Booking ---> 1915 1X --- 21IP

Time: 04:27:43.000   Console: CK01   Operator: Coleman, Leah
11/11A8 - Available ---> 21IP

Time: 04:36:18.000   Console: CK01   Operator: Coleman, Leah
11/11K21 - Available ---> 21IP

Time: 05:05:00.000   Console: CK01   Operator: Cook,Valencia
11/11A19 - UR ---> Reassign: 21IP L36140519003393

Time: 05:33:54.000   Console: CK01   Operator: Evans,Andrea
11/11B16 - Dispatched ---> 1915 1X --- 21IP
11/11B16 - Arrived ---> 1019 --- 21IP

Time: 05:49:52.000   Console: CK01   Operator: Evans,Andrea
11/11A9 - Available ---> 21IP
11/11A9 - D ---> Added dispostion: A
Disposition #1 Changed From: - - - - - - - To: A:
Disposition CHANGED To: A

Time: 05/19/2014 06:48:44.000   Console: Error   Operator:

25

Route Closed: MAIN
Incident Closed: 14/05/19 06:48
Time: 05/19/2014 06:48:44.000   Console: 33   Operator: Moore, Brandee S
Disposition #1 Changed From: A: To: A:WRITTEN REPORT
Time: 05/19/2014 06:48:44.000   Console: CK01   Operator: Cook,Valencia
11/11B16 - Available ---> 21IP

Generated: 2/19/2015 11:33:49 AM

*26*

*Exhibit (M)*

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

|  |  |
|---|---|
| | CASE NO:   14006947CF10A |
| | JUDGE:    MICHAEL A. USAN |

STATE OF FLORIDA

        Plaintiff :

v.                :

                :      STATE'S DISCOVERY

GEORGE BIRKLEY     :         EXHIBIT

        Defendant :

 

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney, and pursuant to the provisions of Rule 3.220, Florida Rules of Criminal Procedure and in recognition of the Defendant's election to participate in discovery, submits the following information:

1.   The names and addresses of all persons presently known to the prosecutor to have information that may be relevant to any offense charged, or any defense thereto are:

| | | |
|---|---|---|
| A | AND LIGHT, FLORIDA POWER | 330 NE 12TH AVENUE POMPANO BEACH, FL  33060 |
| A | DIROCCO, SIMONETTA | 100 S W 3RD STREET POMPANO BEACH, FL  33060 |
| A | GILLIN, PAUL | P.O. BOX 029100 HRS/GO MIAMI, FL  33102 |
| A | MUDD, JAMES | 330 SW 12 AVE POMPANO BEACH, FL  33069 |
| A | PRELLEZO, JOE | 330 SW 12 AVE POMPANO BEACH, FL  33069 |
| A | RUTKOWSKI, ROBERT | 100 S W 3RD STREET POMPANO BEACH, FL  33060 |

2.   The items and/or documents described on this and the following pages are within the State's possession or control and [except information concerning subparagraph 2. (e)] are available for inspection, copying, testing and/or photographing at this office upon timely and reasonable notice.

    (a)    Statements of Defendant:

---

The State incorporates by reference any individual(s) listed in the police report(s), any witness statement(s) and depositions(s) relevant to the offenses charged herein.

| | | | |
|---|---|---|---|
| Rev 11/10 | Original = Clerk | Copy = Defense Counsel | Copy=SAO File   DCS |

*Exhibit (N)*



HOWARD FINKELSTEIN
PUBLIC DEFENDER

The Law Office of the

# PUBLIC DEFENDER

SEVENTEENTH JUDICIAL CIRCUIT

BROWARD COUNTY

BROWARD COUNTY COURTHOUSE
201 S.E. 6TH STREET, ROOM 3881
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 831-8650
SUNCOM 454-8650
This Writer's Phone Number: (954) 831-6751

March 12, 2015

GEORGE BIRKLEY  AKA KANTRAVIOUS WHITE
Inmate - Broward County Jail
Arrest Number:  PB14001123

**Re:   State of Florida vs. GEORGE BIRKLEY**
**Case No.:  14000834CF10A**

Dear MR BIRKLEY :

Please find enclosed the CAD report. You will be pleased to know that the State has dismissed the allegations in the warrant that relate to the new law offenses. This is after I filed the motions to suppress and provided the same CAD report enclosed to the State Attorney. This leaves us with the two technicals for having contact with the victim and not going to counselling. The State moved for a Continuance in your case. I will be out to see you shortly as I would like to fine tune the defenses we have. I hope you have a lovely day.

Sincerely,

NICOLE M MARTIN, Esq.
Assistant Public Defender

IN THE   CIRCUIT   OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

|  | | CASE NO: | 14006947CF10A |
|---|---|---|---|
|  | | JUDGE | MICHAEL A. USAN |
| STATE OF FLORIDA | | : | |
| | Plaintiff | : | |
| v. | | : | |
| | | : | STATE'S SUPPLEMENTAL DISCOVERY |
| GEORGE BIRKLEY | | : | |
| | Defendant | : | |

COMES NOW the State of Florida, by and through the undersigned Assistant State
Attorney, and pursuant to the provisions of Rule 3.220 (b)(1)(A) of the Florida Rules of Criminal
Procedure, as supplement to the State's previous submissions(s) of discovery herein, submits the
following amendment(s) or addition(s):

A      => PRELLEZO, JOE            5110 NW 159 STREET
                                   MIAMI LAKES, FL  33014

I HEREBY CERTIFY that a true copy hereof has been furnished [  ] Electronically
[  ] U.S. Mail [  ] Hand Delivery [ ] Fax this *13th* day of *November*,
A.D 20 *14*, to Attorney for
Defendant Named above:
Jeremy Michaelson, Esquire, 201 SE 6th Street, Suite 3872, Fort Lauderdale, FL 33301

MICHAEL J SATZ
State Attorney

By:
NICOLE MARTELL
BOSZILKOV, ESQUIRE
Assistant State Attorney
Fl Bar    100172
201 S.E. 6th Street
Unit      FTU
Ft Lauderdale, FL 33301
(954) 831-7186

*Exhibit (O)*

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA

vs.

GEORGE BIRKLEY (A.K.A.
KONTRAVIOUS WHITE),

Defendant

INFORMATION FOR

I.    BURGLARY (STRUCTURE)
II.   GRAND THEFT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting
Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant
State Attorney, charges that **GEORGE BIRKLEY (A.K.A. KONTRAVIOUS WHITE), on the 19th day
of May, A.D. 2014**, in the County and State aforesaid, did unlawfully enter or remain in a structure or
the curtilage thereof, located at 330 Northeast 12th Avenue, Pompano Beach, Florida, property of
**Florida Power and Light**, with intent to commit therein the offense of Theft, to-wit: the obtaining or
using or endeavoring to obtain or use the property of another, said property being of value, with the
intent to permanently or temporarily deprive the owner or any person of said property of the property
or the use and benefit thereof, contrary to F.S. 810.02(1) and F.S. 810.02(4)(a), (L4)

**COUNT II**

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosec
Attorney for the State of Florida in the County of Broward, by and through his undersigned Assi
State Attorney, charges that **GEORGE BIRKLEY (A.K.A. KONTRAVIOUS WHITE), on the 19t
of May, A.D. 2014**, in the County and State aforesaid, did then and there unlawfully and kno
obtain or endeavor to obtain the property of **Florida Power and Light**, to-wit: spools of coppe
of the value of three hundred dollars ($300.00) or more but less than five thousand
($5,000.00), with the intent to either temporarily or permanently deprive **Florida Power and L**
the right to the property or a benefit from the property, or to appropriate the property to his ow
the use of any person not entitled to the use of the property, contrary to F.S. 812.014(1
812.014(1)(b) and F.S. 812.014(2)(c)1., (L2)

Exhibit (P)

PL/wh
6/17/2014

## CASE SUPPLEMENTAL REPORT

*NOT SUPERVISOR APPROVED*

Printed: 06/11/2014 09:43

*False Document*

OCA: **111405004784**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Investigator: *RUTKOWSKI, R. (9723)*

Supervisor: *(0)*

Contact:

Date / Time: *06/11/2014 09:25:08, Wednesday*

Supervisor Review Date / Time: *NOT REVIEWED*

Reference: *Follow Up*

---

On May 19, 2014, I responded to 330 SW 12th Ave in reference to a suspect that was in custody for a burglary at the FP&L plant that was located at 330 SW 12th Ave. Upon arrival I met with Deputy Dirocco who briefed me on the incident. I was informed that BSO units were dispatched to a burglary in progress. While units were enroute, they were informed that a male subject was inside of the fenced in compound. The time of occurrence was approximately 0230hrs. When Deputy Dirocco arrived on scene, she observed a B/M in a vehicle that was leaving the dead end street with no headlights on. When contact was made with the driver, he identified himself as Kontravious White. White told the deputy that he was in the area due to moving boxes.

While on scene I attempted to speak with White but he refused to give a statement. I was informed by FP&L that 8 spools of copper wire were removed from the parked FP&L trucks and located near the entry fence. The value of the copper was wire was estimated at $1,800.00. While on scene I also conducted a canvass of the area and observed two wire fences that had been cut. I was also informed that bold cutters were located in the suspect's car while an inventory of the car was being conducted for two purposes.

Due to the suspect not wanting to speak with me, I had no further action regarding this case other then obtaining a statement from the site manager Joe Prellezo and obtaining the CCTV video.

When Deputy Dirocco transported White to the District Office, the suspect stated to the transporting deputy that he wanted to come clean. White, who was later identified as George Birlkey, stated that he did break into the business because he does not have a job and needs the cash.

On the victim statement, Joe Prellezo stated that White is not an employee of FP&L and did not have permission to unlawfully enter the fenced in compound. Victim does desire to prosecute.

*Written 26 days later*

*Exhibit (Q)*

Investigator Signature: *Rutkowski 9723*



USPS TRACKING NUMBER

9500 1139 6107 5356 0121 41

UNITED STATES

FROM:
George Binkley Jr
312 Mulberry St
Greenville MS 38701

TO:
Southern District Court
301 North Miami Ave 3rd floor
Miami Florida 33128

US POSTAGE
GREENVILLE, MS
DEC 22 2015
AMOUNT
$1.40

Ready Post